**From:** Коньков Александр Владимирович <a.konkov@yklaw.ru>
**Date:** September 4, 2015 at 5:54:20 PM CDT
**To:** Leslie Mezzich <Leslie.Mezzich@palaushipregistry.com>
**Cc:** "Georgantas, Dimitri" <georgantas@chaffe.com>
**Subject: Re: URGENT - IMMEDIATE ATTENTION REQUIRED**

Dear Leslie:

Thank you for bringing it to our attention.

I am copying our US based legal counsel on this email.

Kind regards,

Alex

Sent from my iPhone

On 04 Sep 2015, at 23:14, Leslie Mezzich <Leslie.Mezzich@palaushipregistry.com> wrote:

> Dear Sir,
>
> Please note that this vessel is changing flag to Russia flag. Registered owner had requested the deletion of these vessels due to change of flag. The ownership will remain the same and stated in the deletion certificate.
>
> Best Regards,

1



Leslie Mezzich, LLM
International Maritime Registrar
**Palau International Ship Registry**
16701 Greenspoint Park Drive, Suite 155
Houston, TX, 77060
Phone: +1 281 876 9533
Mobile: +1 832 312 3364
Fax: +1 281 876 9534
www.palaushipregistry.com

---

**From:** Коньков Александр Владимирович <a.konkov@yklaw.ru>
**Sent:** Thursday, August 20, 2015 11:09 AM
**To:** Info Palaushipregistry
**Subject:** URGENT - IMMEDIATE ATTENTION REQUIRED

August 20, 2015

**Anticipated by email (info@palaushipregistry.com)**

Palau International Ship Registry
Head Office
16701 Greenspoint Park Drive, Suite 155
Houston, TX, 77060
United States

**Nexus Maritime Services GmbH (IMO Company Number 5116273)**

**Emergency interim relief measures in respect of the vessels "Novorossiysk" (IMO Ship Number 7822160) and "Sevastopol" (IMO Ship Number 7822184)**

Dear Sir,

We are acting as the legal counsel of SVM Holdings S.A. **("SVM")** in the matter of the dispute between SVM and Nexus Maritime Services GmbH **("Nexus")**, owner of the vessels "Novorossiysk" (IMO Ship Number 7822160) and "Sevastopol" (IMO Ship Number 7822184), navigating under the Palau flag.

We hereby inform you that a Preliminary Order was rendered on August 19, 2015 in the proceedings No. 300347ER-2015 by an Emergency Arbitrator appointed by the Swiss Chambers' Arbitration Institution, who is competent to judge the dispute between SVM and Nexus.

<u>The Emergency Arbitrator made, among others, the following orders:</u>

- "**Nexus Maritime Services GmbH is ordered not to dispose in any way** (e.g. by a transfer of ownership, granting of a pledge or other security interests, or by any other act materially affecting its ownership

2

rights and interests) **of the vessel currently named "Novorossiysk" built in 1980 and navigating under the Palau flag, IMO Ship Number 7822160."**

— **"Nexus Maritime Services GmbG is ordered not to dispose in any way** (e.g. by a transfer of ownership, granting of a pledge or other security interests, or by any other act materially affecting its ownership rights and interests) **of the vessel currently named "Sevastopol" built in 1980 and navigating under the Palau flag, IMO Ship Number 7822184."**

Copies of the relevant pages of the Preliminary Order dated August 19, 2015 are attached for your reference below.

Please note that the Preliminary Order is in the process of being enforced with the local courts. Local legal counsel has been appointed and it will be in contact with you shortly.

**The purpose of this letter is to inform you of the exceptional seriousness of the situation and request you to fully comply with the Preliminary Order.** Our client may hold you responsible of any loss suffered as a consequence of your not complying and/or assisting Nexus in not complying with the Preliminary Order dated August 19, 2015.

Due to the importance of this letter, we would be grateful if you could acknowledge receipt of it and confirm that you have taken good note of the above.

Please note that this letter and its enclosure are **highly confidential**.

I naturally stay at your disposal should you have any question.


Yours sincerely,

Alexander Konkov, Esq.
Email: a.konkov@yklaw.ru
Mob.: +(7) (916) 990-4646


**Enclosure:**

1. International Tonnage Certificates for the vessels "Novorossiysk" (IMO Ship Number 7822160) and "Sevastopol" (IMO Ship Number 7822184).
2. Excerpts from the Preliminary Order dated August 19, 2015.


Хренов и Партнеры
| Юридическая Компания |
www.yklaw.ru

Коньков
Александр Владимирович
Партнер
109240, г. Москва, Б. Ватин пер., д. 3

Тел.: +7(495)927-0707
Факс: +7(495)927-0907
Моб.: +7(916)990-4646

УВЕДОМЛЕНИЕ О КОНФИДЕНЦИАЛЬНОСТИ: Данное электронное сообщение, включая любые приложения к нему, предназначено исключительно для использования только указанным(и) получателем(ями) и может содержать информацию особого или конфиденциального характера, неправомочное раскрытие которой недопустимо согласно закону. Если Вы не являетесь указанным адресатом этого сообщения, любое предание огласке, распространение или копирование этого сообщения запрещается. Если Вы получили это сообщение по ошибке, пожалуйста, уведомите отправителя по электронной почте ответным письмом и уничтожьте все копии настоящего сообщения.

CONFIDENTIAL NOTICE: This email message, including any attachments, is intended only for the use of the intended recipient(s) and may contain information that is privileged, confidential and prohibited from unauthorized disclosure under applicable law. If you are not the intended recipient of this message, any dissemination, distribution or copying of this message is strictly prohibited. If you received this message in error, please notify the sender by reply email and destroy all copies of the original message.