IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SVM HOLDING, S.A. | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | C.A. No. 4:15-cv-02581 |
| | § | ADMIRALTY |
| NEXUS MARITIME SERVICES GMBH, | § | |
| And PALAU INTERNATIONAL SHIP | § | |
| REGISTRY, INC. | § | |
|     Defendants. | | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE HONORABLE JUDGE OF SAID COURT:

    Please be advised that Dimitri P. Georgantas and Eugene W. Barr, counsel for Plaintiff, SVM Holding, S.A., hereby give this notice of change of firm affiliation. Effective Monday, January 25, 2016, all notices, correspondence, pleadings, discovery, and all other case-related items should be directed to counsel for SVM Holding, S.A. at:

Dimitri P. Georgantas
Eugene W. Barr
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002
Telephone: 713.224.8380
Facsimile: 713.225.9945
Dimitri.Georgantas@roystonlaw.com
Eugene.Barr@roystonlaw.com

                                                Respectfully submitted,

                                                By: */s/ Dimitri P. Georgantas*
                                                    Dimitri P. Georgantas
                                                    Federal ID No. 2805
                                                    State Bar No. 07805100
                                                    Eugene W. Barr

                Federal ID No. 1144784
                State Bar No. 24059425
                ROYSTON RAYZOR VICKERY & WILLIAMS LLP
                1600 Smith Street, Suite 5000
                Houston, Texas 77002
                Telephone: (713) 224-8380
                Facsimile: (713) 225-9945
                E-Mail: Dimitri.Georgantas@roystonlaw.com
                        Eugene.Barr@roystonlaw.com

        ATTORNEYS FOR PLAINTIFF,
        SVM HOLDING, S.A.

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of January, 2016, a true and correct copy of the foregoing document was delivered by either ECF, certified mail, return receipt requested, facsimile and/or regular mail to all known parties of record.


                */s/  Dimitri P. Georgantas*
                Dimitri P. Georgantas